UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PORTUGAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>A1 DEVELOPMENT LLC, d/b/a "No Limit Coins",<br><br>Defendant. | CASE NO.: 3:25-cv-06505-WHO<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION OF PARTIES TO EXTEND THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION |

The Court, having considered the "JOINT STIPULATION OF PARTIES TO EXTEND THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION" and finding good cause, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. That Plaintiff's Opposition to the Motion to Compel Arbitration and Motion to Dismiss shall be due on or before March 12, 2026.

2. Defendant's Reply to both motions shall be due on or before ~~March 26, 2026~~ **March 25, 2026**.

3. The hearing on Defendant's Motion to Compel Arbitration and Motion to Dismiss for Lack of Personal Jurisdiction shall be held on ~~April 9, 2026~~ **April 8, 2026 at 2:00 p.m. by videoconference.** ~~or the first available date thereafter as determined~~

Case No.: 3:25-cv-06505-WHO
[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE

1    ~~by the Court.~~

2    4.   If Defendant's Motion to Compel Arbitration and Motion to Dismiss for Lack of
3         Personal Jurisdiction is denied by this Court, Defendant shall answer or otherwise
4         respond to Plaintiff's Complaint within thirty (30) days from the date of the Court's
5         Order denying Defendant's Motions.

6    5.   The Case Management Conference currently scheduled for February 6, 2026 is
7         CONTINUED, pending resolution of Defendant's Motion to Compel Arbitration
8         and Motion to Dismiss, unless the Court determines otherwise.

9    6.   Defendant preserves all rights to file additional motions, including but not limited
10        to motions under Rule 12. Nothing in this Order shall be deemed a waiver of
11        Defendant's jurisdictional objections or any defenses under Rule 12, nor shall it
12        constitute consent to this Court's jurisdiction.

**IT IS SO ORDERED**.

Dated: January 5, 2026



WILLIAM H. ORRICK
United States District Judge